AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

## APPEARANCE

Case Number: 05-10188-MLW

To the Clerk of this court and all parties of record: Rich

Enter my appearance as counsel in this case for RICHARD SHIPLEY

Date: 9/13/05

Signature: [signed]

Print Name: ELLIS T. SULLIVAN

Address: 51 Ellison Ave

City: Natick    State: MA    Zip Code: 01526-2413

Phone Number: (617) 246-0552

FAX (617) 246-0555