AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States of America

v.

Richard Shipley

**APPEARANCE**

Case Number:   05-10188-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

October 25, 2005
Date

*[signature]*
Signature

Sabita Singh                                   560146
Print Name                                     Bar Number

1 Courthouse Way, Suite 9200
Address

Boston                    MA          02210
City                      State       Zip Code

(617) 748-3100            (617) 748-3954
Phone Number              Fax Number