UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10188-MLW

UNITED STATES OF AMERICA

v.

RICHARD SHIPLEY

**FINAL STATUS REPORT**

October 25, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, October 25, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. The defendant will file a discovery letter by November 4, 2005, and it is expected that the government will produce the requested material.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a dispositive motion. The motion shall be filed by December 21, 2005.

5. Based upon the prior order of the court dated September 13, 2005, and the order entered herewith, at the time of the Final Status Conference on October 25, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. The court has on this date entered an order excluding the period through December 21, 2005, the date by which the defendant is to file his dispositive motion. The pendency of the defendant's motion shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, it will last approximately four (4) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE