UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10188-MLW

UNITED STATES OF AMERICA

v.

RICHARD SHIPLEY

## FURTHER ORDER ON EXCLUDABLE TIME

October 25, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 11, 2005 through December 21, 2005

that being the period from the expiration of the initial order on excludable time and the date by which the defendant is to file his dispositive motions.

Based upon the prior order of the court dated September 13, 2005 and this order, as of December 21, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge