UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
       v.                           )    Criminal No. 05-10188-MLW
                                    )
RICHARD SHIPLEY,                    )
_____ )

## MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the government requests that the Court enter an Order of Excludable Delay, excluding from its calculation of the time within which the trial of this matter must commence, the time period from December 21, 2005 through and including the next date set by this Court for hearing in this matter.  As reason therefor, the government states that this is the time period between the final status conference before the Magistrate Court and the initial status conference before the District Court.  Further, this time period is needed by the parties to analyze discovery issues and to adequately prepare this case for trial and is in the interests of justice.  Finally, Defendant has assented to this motion.  Attached is a proposed Order.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney


                /s/ Sabita Singh
By:  _____
                Sabita Singh, AUSA
                John Joseph Moakley United States Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                Ph:  (617) 748-3686
                Fx: (617) 748-3954

Dated: January 9, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )        Criminal No. 05-10188-MLW
                              )
RICHARD SHIPLEY,              )
_____)

**ORDER OF EXCLUDABLE DELAY**

Pursuant to 18 U.S.C. § 3161, this Court ORDERS that the time period from December 21, 2005 through and including the next date set for hearing in this case, be excluded for purposes of the Speedy Trial Act in the interests of justice.

Dated: _____                  _____
                                                UNITED STATES DISTRICT COURT

**LOCAL RULE 7.1 COMPLIANCE**

      I hereby certify that I conferred with defense counsel in this case on December 30, 2005, and that we attempted in good faith to resolve or narrow the issues.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2006.

      /s/ Sabita Singh
      _____
      Sabita Singh