UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                             **CRIMINAL  CASE**

                                                              **NO. 05-10188-MLW**

        V.

**RICHARD SHIPLEY**
        **Defendant(s)**

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on JANUARY 19, 2006 at 2:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                              SARAH A. THORNTON
                                                              CLERK OF COURT

**January 12, 2006**                              By:   **/s/ Dennis O'Leary**
        Date                                                  **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                                  [ntchrgcnf.]
                                                              [kntchrgcnf.]