# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIM. NO. 05-10188-MLW** |
| | ) | |
| **RICHARD SHIPLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S SUBMISSION RE: NECESSITY OF TRIAL

Pursuant to the Court's pretrial order dated February 1, 2006, the parties have conferred regarding the necessity of trial in this matter.

The parties respectfully submit that a trial will be required in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: February 9, 2006          By:     /s/ Brian T. Kelly
                                          BRIAN T. KELLY
                                          SABITA SINGH
                                          Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through the ECF (Electronic Case Filing) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: February 9, 2006          By:     /s/ Brian T. Kelly
                                          BRIAN T. KELLY
                                          SABITA SINGH
                                          Assistant U.S. Attorneys