UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>RICHARD SHIPLEY,                )<br>)<br>    Defendant.                     ) | Criminal No. 05-cr-10188-MLW |

GOVERNMENT'S WITNESS LIST

The United States of America intends to call the following witnesses in its case-in-chief:

1. John Osborne, Postal Inspector
   U.S. Postal Inspection Service
   Boston, MA

2. Thomas Stifter, Manager
   RE/MAX Real Estate Specialists
   Malden, MA

3. Carol E. Adams, District Director
   Division of Federal Employees' Compensation
   Office of Workers' Compensation Programs
   U.S. Department of Labor
   Boston, MA

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By:   /s/ Sabita Singh
      BRIAN T. KELLY
      SABITA SINGH
      Assistant U.S. Attorneys

Dated: February 10, 2006

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 10, 2006.

              /s/ Sabita Singh
              SABITA SINGH