UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-cr-10188-MLW |
| | ) | |
| RICHARD SHIPLEY, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S EXHIBIT LIST

The United States of America may offer the following exhibits in its case-in-chief:

| Exhibit No. | Description |
|---|---|
| 1 | CA-1 form signed by Shipley on 01/14/04 |
| 2 | Composite video recording of surveillance on 01/14/04, 1/21/04, 1/29/04 |
| 3A-3B | Audio recording of telephone calls on 02/20/04 (two) |
| 4A-4B | Emails from Shipley dated 03/10/04 & 03/17/04 |
| 5 | CA-7 form signed by Shipley on 03/18/04 |
| 6A-6B | Audio recording of telephone calls on 03/22/04 & 03/23/04 |
| 7A-7B | Emails from Shipley dated 03/23/04 (two) |
| 8 | CA-7 form signed by Shipley on 03/23/04 |
| 9A-9B | Audio recording of telephone calls on 03/24/04 (two) |
| 10 | Composite video recording of undercover meeting on 03/25/04 |
| 11A-11C | Emails from Shipley dated 03/26/04 & 04/01/04 (two) |
| 12 | CA-7 form signed by Shipley on 04/05/04 |
| 13 | Audio recording of telephone call on 04/09/04 |
| 14 | Email from Shipley dated 04/07/04 |

| | |
|---|---|
| 15 | Composite video recording of undercover meeting 04/14/04 |
| 16 | Email from Shipley dated 04/21/04 |
| 17 | CA-7 form signed by Shipley on 04/23/04 |
| 18 | Composite video recording of undercover meeting 06/07/04 |
| 19 | Email from Shipley dated 06/08/04 |
| 20 | CA-1032 form signed by Shipley on 06/22/04 |
| 21A-21L | U.S. Treasury checks to Shipley dated 04/16/04 through 12/22/04 |
| 22 | RE/MAX Real Estate Specialists file on Shipley |
| 23 | Stipulation |

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By:   /s/ Sabita Singh
      BRIAN T. KELLY
      SABITA SINGH
      Assistant U.S. Attorneys

Dated: February 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 10, 2006.

/s/ Sabita Singh
SABITA SINGH

Case 1:05-cr-10188-MLW    Document 20    Filed 02/10/2006    Page 3 of 3