UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 05-10188-MLW |
| ) | |
| RICHARD SHIPLEY, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S SUBMISSION RE: STIPULATIONS

Pursuant to the Court's pretrial order dated February 1, 2006, attached hereto as Exhibit A is a stipulation which the parties have agreed to and which will be submitted at trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: February 14, 2006   By:   /s/ Brian T. Kelly
BRIAN T. KELLY
SABITA SINGH
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through the ECF (Electronic Case Filing) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: February 14, 2006   By:   /s/ Brian T. Kelly
 BRIAN T. KELLY
SABITA SINGH
Assistant U.S. Attorneys

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.                                    )<br>  )<br>**RICHARD SHIPLEY,**            )<br>       **Defendant.**              ) | **CRIM. NO. 05-10188-MLW** |

## STIPULATION

IT IS HEREBY STIPULATED and agreed, by and between the United States of America, through its attorneys, and the defendant, Richard Shipley, and his attorney of record, that the following stipulation of evidence may be considered by the trier-of-fact as undisputed by the parties for the purpose of trial in the above entitled matter:

1. Richard Shipley reviewed and signed the following five federal forms which are exhibits in this case: the CA-7 form certified on March 18, 2004; the CA-7 form certified on March 23, 2004; the CA-7 form certified on April 5, 2004; the CA-7 form certified on April 23, 2004; and the CA-1032 certified on June 22, 2004.

SO STIPULATED AND AGREED.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: February 21, 2006         By:     /s/ Brian T. Kelly
                                          BRIAN T. KELLY
                                          SABITA SINGH
                                          Assistant U.S. Attorneys

                                          _____
                                          CORNELIUS SULLIVAN, ESQ.
                                          Attorney for defendant

                                          _____
                                          RICHARD SHIPLEY
                                          Defendant