UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)  CRIM. NO. 05-10188-MLW<br>v.                                )<br>)<br>RICHARD SHIPLEY,            )<br>)<br>Defendant.              ) | |

## STIPULATION

IT IS HEREBY STIPULATED and agreed, by and between the United States of America, through its attorneys, and the defendant, Richard Shipley, and his attorney of record, that the following stipulation of evidence may be considered by the trier-of-fact as undisputed by the parties for the purpose of trial in the above entitled matter:

1.  Richard Shipley reviewed and signed the following five federal forms which are exhibits in this case: the CA-7 form certified on March 18, 2004; the CA-7 form certified on March 23, 2004; the CA-7 form certified on April 5, 2004; the CA-7 form certified on April 23, 2004; and the CA-1032 certified on June 22, 2004.

SO STIPULATED AND AGREED.

```
                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

Dated: February 21, 2006    By:   /s/ Brian T. Kelly
                                  BRIAN T. KELLY
                                  SABITA SINGH
                                  Assistant U.S. Attorneys



                                  /s/ Cornelius Sullivan
                                  CORNELIUS SULLIVAN, ESQ.
                                  Attorney for defendant



                                  /s/ Richard Shipley
                                  RICHARD SHIPLEY
                                  Defendant
```