✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

United States of America

**v.**                                                          **APPEARANCE**

Richard M. Shipley

Case Number:   05-10188-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 16, 2006 | /s/ Brian T. Kelly |
| Date | Signature |
| | Brian T. Kelly |
| | Print Name                    Bar Number |
| | USAO, 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston            MA     02210 |
| | City              State    Zip Code |
| | 617-748-3100      617-748-3954 |
| | Phone Number              Fax Number |