UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-cr-10188-MLW |
| | ) | |
| RICHARD SHIPLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REVISED WITNESS AND EXHIBIT LIST

The United States of America intends to call the following witnesses in the following order and offer the following exhibits through such witnesses in its case-in-chief.  Pursuant to the Court's request of February 16, 2004, the government will provide copies of proposed exhibits and "Jencks" material to the Court under separate cover.

1. Thomas Stifter, Manager
   RE/MAX Real Estate Specialists
   Malden, MA

   | | |
   |---|---|
   | Exh. 1 | Independent Contractor Agreement dated 09/09/2003 |
   | Exh. 2 | Employee's Record Master dated 09/09/2003 |
   | Exh. 3 | Agent Information Form dated 09/09/2003 |
   | Exh. 4 | McDonald letter to EMAR dated 90/12/2003 |
   | Exh. 5A | Invoice dated 04/30/2004 |
   | Exh. 5B | Invoice dated 06/01/0204 |
   | Exh. 5C | Invoice dated 07/30/2004 |
   | Exh. 5D | Invoice dated 11/30/2004 |

2.     John Osborne, Postal Inspector
    U.S. Postal Inspection Service
    Boston, MA

| | |
|---|---|
| Exh. 6 | CA-1 formed signed by Shipley on 01/14/2004 |
| Exh. 7 | Composite video recording of surveillance on 01/14, 21, 29/2004 |
| Exh. 8 | Audio recording of telephone call on 02/20/2004 at 3:05 pm |
| Exh. 9 | Email from Shipley dated 03/10/2004 |
| Exh. 10 | Email from Shipley dated 03/17/2004 |
| Exh. 11 | CA-7 form signed by Shipley on 03/18/2004 |
| Exh. 12 | Audio recording of telephone call on 03/22/2004 |
| Exh. 13 | Email from Shipley dated 03/23/2004 at 2:51 pm |
| Exh. 14 | CA-7 form signed by Shipley on 03/23/2004 |
| Exh. 15 | Video recording of undercover meeting on 03/25/2004 |
| Exh. 16 | Email from Shipley dated 03/26/2004 |
| Exh. 17 | CA-7 signed by Shipley on 04/05/2004 |
| Exh. 18 | Email from Shipley dated 04/07/2004 |
| Exh. 19 | Audio recording of telephone call on 04/09/2004 |
| Exh. 20 | Video recording of undercover meeting on 04/14/2004 |
| Exh. 21 | CA-7 form signed by Shipley on 04/23/2004 |
| Exh. 22 | CA-1032 form signed by Shipley on 06/22/2004 |
| Exh. 23A | U.S. Treasury check to Shipley dated 04/16/2004 |
| Exh. 23B | U.S. Treasury check to Shipley dated 04/23/2004 |
| Exh. 23C | U.S. Treasury check to Shipley dated 05/07/2004 |

       Exh. 23D       U.S. Treasury check to Shipley dated 05/15/2004

       Exh. 23E       U.S. Treasury check to Shipley dated 06/12/2004

       Exh. 23F       U.S. Treasury check to Shipley dated 07/10/2004

       Exh. 23G       U.S. Treasury check to Shipley dated 08/07/2004

       Exh. 23H       U.S. Treasury check to Shipley dated 09/04/2004

       Exh. 23I       U.S. Treasury check to Shipley dated 10/02/2004

       Exh. 23J       U.S. Treasury check to Shipley dated 10/30/2004

       Exh. 23K       U.S. Treasury check to Shipley dated 11/27/2004

       Exh. 23L       U.S. Treasury check to Shipley dated 12/22/2004

       Exh. 24A       CA-7 form signed by Shipley on 10/05/2002

       Exh. 24B       CA-7 form signed by Shipley on 02/24/2003

       Exh. 24C       CA-1032 form signed by Shipley on 06/18/2003

       Exh. 25       Stipulation of Parties dated 02/21/2006

3.    Carol E. Adams, District Director
     Division of Federal Employees' Compensation
     Office of Workers' Compensation Programs
     U.S. Department of Labor
     Boston, MA

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:   /s/ Sabita Singh
                          BRIAN T. KELLY
                          SABITA SINGH
                          Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2006.

                                            /s/ Sabita Singh
                                            SABITA SINGH