UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10188

| United States | Ricahrd Shipley |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sabita Singh | Cornelius Sullivan |
| Brian Kelly | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

### CLERK'S NOTES

| DATES: | Jury Trial - Day 1 |
|---|---|
| 2/21/06 | Court goes over preliminary matters with counsel.  Jury pool of 55 prospective jurors brought in and sworn in by the court.  Court conducts the voir dire of the jury pool.  Jury of 12 and 2 alternates sworn in.  Court excuse the jury until Thursday, February 23, 2006.  Court orders the parties to confer as to the disputed exhibits and report by 4:00 PM today as to any lingering objections to the same. |