UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10188

| United States | Ricahrd Shipley |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sabita Singh | Cornelius Sullivan |
| Brian Kelly | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Jury Trial - Day 2 |
|---|---|
| 2/23/06 | Court goes over preliminary matters with counsel.  Jury brought in and given preliminary instructions by the court.  Government gives its opening statement.  Defendant defers his opening statement until he presents his defense.  Government calls Thomas Stifter - witness takes the stand and is sworn.  Government call Postal Inspector John Osborne - witness takes the stand and is sworn.  Court excuses the jury for the lunch break and takes up matters with the parties.  Government ordered to provide instructions re: worker's compensation by 5:00PM today.  Government to return after the break with at least the cites to the relevant provisions.  Court resumes at 2:00.  Government calls Carol Adams - witness takes the stand and is sworn.  Government rests.  Defendant gives his opening statement.  Defendant calls Joseph DeMambro - witness takes the stand and is sworn.  Court excuses the jury for the day. |