UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10188

| United States | Ricahrd Shipley |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sabita Singh | Cornelius Sullivan |
| Brian Kelly | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Jury Trial - Day 3 |
|---|---|
| 2/24/06 | Court goes over preliminary matters with counsel. Jury is brought in. Defendant calls Lorraine Leblanc - witness takes the stand and is sworn. Defendant calls Michael King - witness takes the stand and is sworn. Defendant takes the stand and is sworn in. Defendant rests. Government does not present any rebuttal evidence. Court breaks for lunch and resumes at 1:00 PM. Government presents its closing argument. Defendant presents his closing argument. Court charges the jury. Jury starts its deliberations. Jury brought back in as it has a question. Jury asks to hear the court's instructions regarding mail fraud. Court, with no objection by the parties, gives its instructions on mail fraud to the jury again. Jury returns a verdict of guilty on all counts. Court directs the clerk to enter the guilty verdicts. Court dismisses the jury. Sentencing scheduled for May 30, 2006 at 3:00PM. Court continues the defendant's release on the same conditions. |