≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| RICHARD SHIPLEY | Case Number: CR05-10188-MLW |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wolf | Sabita Singh | Cornelius Sullivan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/21/2006 | Romanow | O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2/21/06 | X | | Government's Objection to Defendant's Exhibits w/exhibits attached |
| | B | 2/23/06 | X | | Defendant's proposed exhibits 3-10 |
| | C | 2/23/06 | X | | Defendant's proposed exhibit 2 |
| ---- | | 2/23/06 | | | Thomas Stifter |
| 1 | | 2/23/06 | | X | Independent Contractor agreement b/t Shipley and RE/MAX |
| 2 | | 2/23/06 | | X | RE/MAX's Employee Master Record for Shipley |
| 3 | | 2/23/06 | | X | MLS Agent information form for Shipley |
| 4 | | 2/23/06 | | X | Letter from RE/MAX to EMA of Realtors dated 9/12/03 |
| 5A | | 2/23/06 | | X | RE/MAX invoice/pay stub to Shipley dated 4/30/04 |
| 5B | | 2/23/06 | | X | RE/MAX invoice/pay stub to Shipley dated 6/1/04 |
| 5C | | 2/23/06 | | X | RE/MAX invoice/pay stub to Shipley dated 7/30/04 |
| 5D | | 2/23/06 | | X | RE/MAX invoice/pay stub to Shipley dated 11/30/04 |
| ---- | | 2/23/06 | | | Postal Inspector - John Osborne |
| 6 | | 2/23/06 | | X | OWCP form CA-1 signed by Shipley and dated 1/14/04 |
| 7 | | 2/23/06 | | X | Composite Videotape |
| 8 | | 2/23/06 | | X | Audio cassette tape of 2/20/04 |
| 9 | | 2/23/06 | | X | email from Shipley dated 3/10/04 |
| 10 | | 2/23/06 | | X | email from Shipley dated 3/17/04 |
| 11 | | 2/23/06 | | X | CA-7 form signed by Shipley on 03/18/2004 |
| 12 | | 2/23/06 | | X | Audio casette of 3/22/04 |
| 13 | | 2/23/06 | | X | Email from Shipley dated 03/23/2004 |
| 14 | | 2/23/06 | | X | CA-7 form signed by Shipley on 03/23/2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES vs. RICHARD SHIPLEY | | | | | CASE NO. CR05-10188 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 15 | | 2/23/06 | | X | Video recording of undercover meeting on 03/25/2004 |
| 16 | | 2/23/06 | | X | Email from Shipley dated 03/26/2004 |
| 17 | | 2/23/06 | | X | CA-7 signed by Shipley on 04/05/2004 |
| 18 | | 2/23/06 | | X | Email from Shipley dated 04/07/2004 |
| 19 | | 2/23/06 | | X | Audio recording of telephone call on 04/09/2004 |
| 20 | | 2/23/06 | | X | Video recording of undercover meeting on 04/14/2004 |
| 21 | | 2/23/06 | | X | CA-7 form signed by Shipley on 04/23/2004 |
| 22 | | 2/23/06 | | X | CA-1032 form signed by Shipley on 06/22/2004 |
| 23A | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 04/16/2004 |
| 23B | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 04/23/2004 |
| 23C | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 05/07/2004 |
| 23D | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 05/15/2004 |
| 23E | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 06/12/2004 |
| 23F | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 07/10/2004 |
| 23G | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 08/07/2004 |
| 23H | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 09/04/2004 |
| 23I | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 10/02/2004 |
| 23J | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 10/30/2004 |
| 23K | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 11/27/2004 |
| 23L | | 2/23/06 | | X | U.S. Treasury check to Shipley dated 12/22/2004 |
| 24A | | 2/23/06 | | X | CA-7 form signed by Shipley on 10/05/2002 |
| 24B | | 2/23/06 | | X | CA-7 form signed by Shipley on 02/24/2003 |
| 24C | | 2/23/06 | | X | CA-1032 form signed by Shipley on 06/18/2003 |
| 25 | | 2/23/06 | | X | Stipulation of Parties dated 02/21/2006 |
| ---- | | 2/23/06 | | | Carol Adams |
| | ---- | 2/23/06 | | | Joseph Demambro |
| | ---- | 2/24/06 | | | Lorraine Leblanc |

%AO 187A (Rev. 7/87)                                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | United States | vs. | Richard Shipley | CASE NO. CR05-10188 |
| | 26 | 2/24/06 | | X | Exhibit C |
| | 27 | 2/24/06 | | X | Return to Work Statement dated 1/6/04 |
| | 28 | 2/24/06 | | X | Note from Ronald Backer, MD dated 1/29/2004 |
| | 29 | 2/24/06 | | X | Return to Work Statement dated 2/3/04 |
| | 30 | 2/24/06 | | X | Note from Ronald Backer, MD dated 1/20/05 |
| | 31 | 2/24/06 | | X | Letter from MCN to Leblanc dated 2/25/05 |
| | 32 | 2/24/06 | | X | Department of Labor form dated 2/25/05 completed by Dr. Dorly |
| | 33 | 2/24/06 | | X | Functional capacity evaluation |
| | 34 | 2/24/06 | | X | Note from Backer, MD on prescription pad dated 4/20/05 |
| 35 | | 2/24/06 | | X | Cover letter dated 1/2/04 to Shipley |
| | ---- | 2/24/06 | | | Michael King |
| | ---- | 2/24/06 | | | Richard Shipley |
| | | 2/24/06 | D | | Indictment to go to the jury |
| | | 2/24/06 | E | | Verdict Form |
| | | 2/24/06 | | | |
| | | 2/24/06 | | | |
| | | 2/24/06 | | | |
| | | 2/24/06 | | | |
| | | 2/24/06 | | | |
| | | 2/24/06 | | | |

Page   3   of   4   Pages