UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
           v.            )    C.R. 05-10188
                         )
RICHARD SHIPLEY          )

## VERDICT

We the jury find the defendant

____Guilty_____ on Count 1.

____Guilty_____ on Count 2.

____Guilty_____ on Count 3.

____Guilty_____ on Count 4.

____Guilty_____ on Count 5.

____Guilty_____ on Count 6.

____Guilty_____ on Count 7.

____Guilty_____ on Count 8.

_____Guilty_____ on Count 9.

_____Guilty_____ on Count 10.

_____Guilty_____ on Count 11.

_____Guilty_____ on Count 12.

_____Guilty_____ on Count 13.

_____Guilty_____ on Count 14.

_____Guilty_____ on Count 15.

_____Guilty_____ on Count 16.

_____2/24/06_____                _____[signature]_____
DATE                                FOREPERSON