UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10188

| United States of America | Richard Shipley |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sabitha Singh | Cornelius Sullivan |
| Brian Kelley | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 5/30/06 | Court marks letters that were not admitted into evidence at trial as exhibit 1 and makes them part of the PSR. |
| | Court adopts all the factual allegations contained in the PSR as there are no objections by the parties. |
| | Guidelines are as follows: TOL 11, CH 1, 8-14 months custody, 24-36 months supervised release, $2K-$20K fine, $28,988.34 in restitution, $1,600 special assessment fee.  Government defers to the court for sentencing but does ask the court to order restitution and to impose a fine.  Defendant seeks a sentence of home confinement.  Defendant declines to address the court.  Formal sentencing: 4 months custody of the attorney general followed by 36 months supervised release with the first four months to be served on home confinement with electronic monitoring, defendant shall pay for the cost of electronic monitoring to the extent he is capable, and n the standard conditions plus the conditions detailed in court.  Pay $2K fine and $28,988.34 in restitution and $1600 special assessment fee.  Defendant advised of his right to appeal and to counsel.  Defendant requests a self report date.  Court allows the defendant to self report by 12:00 PM on 7/10/2006. |