UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              Docket No.: 05-CR-10188-MLW

RICHARD M. SHIPLEY

NOTICE OF APPEAL

Now comes the defendant and files this Notice of Appeal in the captioned matter in which he was found guilty and sentenced May 30, 2006.

                    Respectfully submitted,

                    /s/ Cornelius J. Sullivan

                    Cornelius J. Sullivan
                    Sullivan & Walsh
                    51 Ellison Avenue
                    Mattapan, MA 02126-2803
                    (617) 296-0552
                    FAX (617) 296-0005

CERTIFICATE OF SERVICE

This date I mailed a copy of this Notice of Appeal and Affidavit of Indigency to the United States Attorney's Office, c/o AUSA Brian Kelly, Moakley Federal Courthouse, Boston, MA 02210.

_____          _____