February 6, 2007

The Honorable Judge Mark L. Wolf
Chief Judge, U.S. District Court

      Re: Richard M. Shipley
      Case: 1:05-cr10188-MLW

Dear Judge Wolf:

My name is Richard Shipley.

On May 30, 2006 I was sentenced to a four (4) month term of incarceration followed by thirty six (36) months of supervised release. The first four (4) months of supervised release consists of home confinement with electronic monitoring.

I began serving my sentence on July 10, 2006 at F.M.C. DEVANS, Ayer, MA and was released on November 8, 2006. Upon release I made contact with the probation department to set up the electronic monitoring. Unfortunately it wasn't placed on me until January 11, 2007, and according to the probation department it will remain until May 11, 2007.

The reason I am writing you today is to ask you for permission to have all my obligations with the U.S. DISTRICT COURT OF MASSACHUSETTS to be transferred to the State of Georgia. You see while I was serving my sentence my family went through difficult times. Therefore our house went on the market with the hope of a sale and for me to be finished with my court obligations. We just want a fresh start.

As of today I am residing at 13 Springdale St. Malden, MA 02148. This house is under contract and is closing on March 12, 2007. We are purchasing another home out of state and that address is 1015 Towne Mill Road, Canton, GA 30114 located in the city of Canton. The county is Cherokee. Enclosed are copies of the signed contracts in these matters.

Thank you for your time and consideration.

Sincerely,

Richard M. Shipley
13 Springdale St.
Malden, MA 02148

Enclosures: Contracts